**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BRENDA K. FITZWATER,**

          **Plaintiff,**

    **v.**                                 **CIVIL ACTION NO. 2:07cv 46
                                                   (Maxwell)**

**MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,**

          **Defendant.**

<u>**ORDER**</u>

On January 7, 2008, Plaintiff filed a Motion to Dismiss.  On January 29, 2008,

Magistrate Judge Kaull filed his Report and Recommendation recommending the motion be

granted, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file

with the Clerk of Court any written objections within ten (10) days after being served with a

copy of the Report and Recommendation. No objections have been filed.

Upon examination of the report from the Magistrate Judge, it appears to the Court that

it accurately reflects the law applicable to the facts and circumstances before the Court in this

action.  Therefore, it is

**ORDERED** that Magistrate Judge Kaull's proposed Report and Recommendation be,

and hereby is, accepted in whole.  Accordingly, it is hereby

**ORDERED** that the Plaintiff's Motion to Dismiss be, and the same hereby is,

**GRANTED**.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED** and stricken from the

Court's docket.

The Clerk of Court is directed to send a copy of this Order to counsel of record.

**ENTER**: June __2__, 2008

                                              **/s/ Robert E. Maxwell**
                                              United States District Judge